IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| HERMAN MCCLOUDEN, III, | |
| Petitioner, | CIVIL ACTION NO.: 6:15-cv-76 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No. 6:09-cr-15) |
| Respondent. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 7), to which Objections have been filed, (doc. 9). Herman McClouden's ("McClouden") Objections merely are the reiteration of his claims he originally set forth in his Motion or are his attempt to use the Magistrate Judge's conclusions and statements as support for his original claims. McClouden's attempts fail. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court, and McClouden's Objections are overruled.

McClouden's Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2555, is **DENIED**. The Clerk of Court is hereby authorized and directed to enter an appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23rd day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA